Name: Dean Himbler Aviles, PROSE
Address: 1240 East 17th Street, Apt 4
Long Beach, CA, 90813

Phone: (562) 313-6507

Fax: N/A

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
1/9/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS       DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA YESENIA VALENZUELA<br><br>Plaintiff<br><br>v.<br><br>DEAN HIMBLER AVILES<br><br>Defendant(s). | CASE NUMBER:<br>CV23-200-RGK(KSx)<br><br>STATE CASE NO.20LBFL00442<br>RESPONDENT'S DEAN HIMBLER AVILES'S NOTICE OF REMOVAL |

Pursuant to 28 U.S.C. SS SS1332, 1441, and 1446, Respondent Dean Himbler Aviles ("Dean") files this Notice of Removal and states as follows:

## THE STATE COURT'S FAILURE'S

1. Invoking the U.S. Marshals Service of Process for Writ of Body Attachment is Mandatory when the Long Beach Police Department refuses services and filings of Criminal Complaints against Petitioner/ Plaintiff only filing Criminal complaints against Respondent/ Defendant. When The Los Angeles County Sheriff Deputies are incapacitated and malfunction and give Respondent Immunity against Contempt and Civil Bench Warrant Arrests. Along with all the Filings on Record for Case No. 20LBFL00442 that have been denied, dismissed, or advanced for immediate resolution, and all The Orders to Show Cause for Contempt of Court Denied, and The Petitions that Sanctioned The Respondent Punitively and Twice the Amount as to the Petitioner, who filed the Same

(1)

2. Petition and Requests identical to Respondent and with her excessive Failure to Appear in Hearings, The Judge Unfairly and abusively Punishes the Respondent and has a Judicial Disability when it comes to The Powers of the State Court Under California Code, Code of Civil Procedure-CCP SS 1218(a)(b) (c) the State Court is not functioning adequately, fair, and with Dishonesty and has no power to enforce Contempt punishment, and the Respondent no longer has respect for the Long Beach Superior Court Family Cases Dept S15, intentionally and maliciously violating Respondents Child visitation and All Court Orders. Respondent Needs The Real Courts of Law known as the United States District Court for The Central District of California under Article III, Section 1: Inherent Powers of Federal Courts: Contempt and Sanctions and Punish Maria Yesenia Valenzuela in Civil Contempt or Criminal Contempt and For an Order of A U.S. District Court Judge, U.S. Magistrate Judge or U.S. Bankruptcy Judge to issue a writ of body attachment served by The U.S. Marshal or by a Deputy U.S. Marshal to Enforce the Laws of the United States anywhere in the United States and by taking the contemnor into custody and bringing the individual before the court without undue delay, The Respondent has a Motion to Quash Service of Summons and Petition for Dissolution Documents pending with Hearing on Calendar for Date; 02/10/23 at 08:30 AM in Dept S15, Room 3300 in the Inferior Court of Long Beach Family Cases before the Honorable Judge James E. Horan, and since Service of Summons and Petition might be Quashed, Respondent affirms that removal in timely filed within one year of the Hearing and Motion to Quash Service of Summons and Petition Removal under 28 U.S.C. SS 1446(B)(1) and 28 U.S.C SS 1446(C)(1). Venue is proper for removal of the State Court Action No.20LBFL00442 to the United States District Court for The Central District of California Western Division which has Jurisdiction over the Long Beach Superior Courthouse and The County of Los Angeles.

3. Written Notice of the filing of this Notice of Removal will be mailed to the Petitioner, Maria Yesenia Valenzuela at her recently discovered address

(2)

at 265 East Louise Street, Long Beach, California, 90805, Real Property used to conceal and deprive respondent maliciously of his children visitation rights. Copies of The Removal filings will be delivered promptly to the Superior Court of Long Beach 275 Magnolia Ave, Long Beach, CA, 90802 and all filings will be requested to be delivered to the U.S. District Court attached as Exhibit "A" Numbering.

## REMOVAL BASED ON DIVERSITY OF CITIZENSHIP

4. This Court has jurisdiction over this action under 28 U.S.C. SS 1332, and this action may be removed pursuant to 28 U.S.C. SS 1441(b). As explained more fully below, the State court action is an action between citizens of different states, or nations, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Further, no properly-Joined Defendant is a Citizen of The State of California.

5. There is Complete diversity of citizenship between Petitioner and Respondent, on the one hand, the State Court and Petitioner are the responsible parties that Caused Respondent Brain Concussion Bodily injury from Intentional Assault by Federal Protective Service Officers and Long Beach Police Officer Jason Ur, and Heather Cohen, Currently in Civil and Federal Criminal Proceedings for Violations of Title 18 U.S.Code SS 241, and 242 against respondent on March 15, 2018 and Causing respondent an Unlawful Federal Detention of 2 years pending Criminal Jury Trial Proceedings for Case No.2:18-cr-00175-CAS. Therefore, for purposes of 28 U.S.C SS 1332, Dean Himbler Aviles is not deemed a Citizen of the State of California or the County of Los Angeles. Respondent is owed Rights and Damages caused by a United States Department of Homeland Security Organization, and a permanent resident that is owed Citizenship by the U.S. Government for the Criminal Actions that Federal Protective Service Officers committed against Respondent and by Acquittal of a Criminal Indictment where the Plaintiff was the United States of America irreparably injured respondent. The State Court Lacks Jurisdiction over Respondant by Diversity of Citizenship.

6. The Court's Jurisdictional amount in controversy requirement is also satisfied, clearly exceeding $75,000.00 that plaintiff seek to recover against petitioner for Fraud, Embezzlement, Robbery, Theft and Losses since 2005. Exceeding $600,000.00 caused by The Petitioner.

7. Based on the above, diversity jurisdiction exists because this is a civil action between citizens of different states or nations and Respondent intents to seek damages against petitioner in excess of $75,000.00 28 U.S.C SS 1332(A). Furthermore no properly-joined defendant or respondent is a citizen of the State of California or County of Los Angeles. Accordingly with Diversity of Citizens and Inherent Powers of Federal Courts; Contempt and Sanctipons under Article III, Section 1: Respondent Dean Himbler Aviles, respectfully requests that the United States District Court for the Central District of California, issue orders and processess as are necessary to preserve its jurisdiction over this Case No.20LBFL00442 and Related Civil Unlimited Complaint For Damages & Injunctive Relief for Defamation (Libel and Slander) under Civil Code SS 3294 Related Case No.22LBCV01011 also to be removed to the United States District Court for The Central District of California over all matters relating to Petitioner and Defendant Maria Yesenia Valenzuela in State Court Civil and Criminal Matters.

## COMPLIANCE WITH LOCAL RULES

8. Respondent is filing this Notice of Removal and other Initiating Documents Via the EDSS electronic submittion system for Parties without attorneys and will file all additional required documents promptly in compliace with the Local Rules Governing Removal Actions. Also The Respondent will immediate take filed Stamped Copies of Removal Action to the Superior Court of California Long Beach Courthouse Family Law Clerk and Civil Unlimited Clerk for removal of all State court filings and file them as exhibits.

## PRAYER

9. WHEREFORE, Respondent Dean Himbler Aviles, requests that on this 9th Day of January of 2023, this action be removed from the State Court of California County of Los Angeles, To this Court, and that this Court accept and assume subject matter jurisdiction.

Dated; 01/09/2023
Respectfully Submitted

                By; /s/ Dean Himbler Aviles, Respondent in PROSE

(4)

TRACT NO. 5134

M.B. 59-63-64

Writ of Body Attachment | U.S. Marshals Service

An official website of the United States government

# U.S. Marshals Service



Home › What We Do › Service of Process › Civil Process › Writ of Body Attachment

**Service of Process Resources**

Criminal Process

## Writ of Body Attachment

A writ of body attachment is a process issued by the court directing the U.S. Marshal to bring a person who has been found in civil contempt

https://www.usmarshals.gov/what-we-do/service-of-process/civil-process/writ-of-body-attachment

07/22/2022      00415040

**Enterprise Rent-A-Car Company
of Los Angeles, LLC**
333 City Blvd West, Ste. 1000
Orange, CA 92868

Void If Not Presented for Payment Within 180 Days

ONE THOUSAND FOUR HUNDRED TWENTY TWO AND 03/100 DOLLARS     **$1,422.03**

Bank of America
Long Beach, CA    16 66 / 1220

Pay to the order of

**MARIA Y AVILES**
1622 JUNIPERO AVE APT 8
LONG BEACH, CA 90804

**NON-NEGOTIABLE**

USM 1002832  600060     90YA 1 56

---

REMOVE DOCUMENT ALONG THIS PERFORATION

---

| Employee | | | ID | Alternate ID | Status | Res | Exempt/Allow | Number |
|---|---|---|---|---|---|---|---|---|
| MARIA Y AVILES | | | 001112530 | E83CJ6 | US-H CA-H | | CA-Exempt | 00415040 |
| 215 | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| ERAC-032 | | 262 | SCAEE | 10110 | 06/22/22 | 07/03/22 | 07/16/22 | 07/22/22 |

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular | 18.3500 | 62.45 | 1,145.96 | 1,497.36 |
| Overtime - 1.5x | 27.5250 | 9.65 | 265.62 | 328.10 |
| Holiday Pay | 18.3500 | 8.00 | 146.80 | 146.80 |
| Misc Allowance | - | - | - | 6.03 |
| Other PTO | - | - | - | 55.05 |
| Prehire Ppwrk | - | - | - | 18.35 |
| EMERGENCY PAID LEAVE | - | - | - | 587.20 |
| Total | | 80.10 | 1,558.38 | 2,638.89 |

Direct Deposit Accounts     Amount
Checking - *****9881     **PreNote**

Of your 5.55 PTO Days available, 0.41 PTO Days remain available for use as PTOS during the calendar year.

| Detail by week | Rate | Hours | Current | Week |
|---|---|---|---|---|
| Regular | 18.3500 | 27.03 | 496.00 | Week 1 |
| Regular | 18.3500 | 35.42 | 649.96 | Week 2 |
| Overtime - 1.5x | 27.5250 | 2.93 | 80.65 | Week 1 |
| Overtime - 1.5x | 27.5250 | 6.72 | 184.97 | Week 2 |
| Holiday Pay | 18.3500 | 8.00 | 146.80 | Week 1 |
| | | 80.10 | 1,558.38 | |

| Memo Entries | Current | Year To Date |
|---|---|---|
| Unused PTO Dys | 5.55 | - |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 1,558.38 | 2,638.89 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | - | 61.99 |
| Social Security (FICA) | 96.62 | 163.61 |
| Federal Medicare | 22.59 | 38.26 |
| California Income Tax | - | 16.76 |
| California State Disability | 17.14 | 29.03 |
| Total | 136.35 | 309.65 |

| Net Pay | 1,422.03 | 2,329.24 |
|---|---|---|

Enterprise Rent-A-Car Company of Los Angeles, LLC
333 City Blvd West, Ste. 1000 Orange, CA 92868 · (657) 221-4400